**No. 63918.**—Rohner Gehrig & Co., Inc. *v.* United States, protests 59/19131 and 59/19160 (New York).

Opinion by DONLON, J. The protests were dismissed.

**No. 63919.**—Bernard Dressler *v.* United States, protest 59/19133 (New York).

Opinion by DONLON, J. The protest was dismissed.

**No. 63920.**—Tice & Lynch, Inc. *v.* United States, protests 59/19154 and 59/19156 (New York).

Opinion by DONLON, J. The protests were dismissed.

**No. 63921.**—C. A. Haynes & Co. *v.* United States, protest 59/20210 (New York).

Opinion by DONLON, J. The protest was dismissed.

**No. 63922.**—Compass Antiques Co. *v.* United States, protest 59/20673 (New York).

Opinion by DONLON, J. The protest was dismissed.

MARCH 3, 1960

**No. 63923.**—SUIT 4968.—United States *v.* Dessy Enterprises, Inc.——C.D. 1993 reversed November 16, 1959. C.A.D. 722.

**No. 63924.**—SUIT 5005.—United States *v.* Buck's, Inc.——Abstract 62870 reversed November 10, 1959. C.A.D. 721.